## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### Bid Protest

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-1425 C |
| ) | |
| THE UNITED STATES ) | Judge _____ |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Paragraph 16 of Appendix C of the Rules of the Court of Federal Claims, Plaintiff Hensel Phelps Construction Co. ("HPCC") respectfully requests that the Court enter a protective order in the above-captioned case. The Complaint contains proprietary and confidential information of HPCC. HPCC also anticipates that the protest will require the disclosure of information considered source selection sensitive or otherwise protected by the government.

While this case concerns a different procurement, it is related to bid protests of unrelated procurements filed in this Court by HPCC in Case Nos. 25-1189, 25-1276, and 25-1277, all of which are currently before Judge Holte.

1

Dated: August 25, 2025    Respectfully submitted,

**SMITH CURRIE OLES LLP**

_____
Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com

*Counsel for Hensel Phelps Construction Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2025, a copy of the foregoing Motion for Protective Order was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott