**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

| | | |
|---|---|---|
| HENSEL PHELPS CONSTRUCTION CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. ___**25-1425 C**___ |
| | ) | |
| THE UNITED STATES | ) | Judge _____ |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF DIRECTLY RELATED CASE</u>

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff Hensel Phelps Construction Co. ("HPCC") files this notice of related cases. While this case concerns a different procurement, it is related to bid protests of unrelated procurements filed in this Court by HPCC in Case Nos. 25-1189, 25-1276, and 25-1277, all of which are currently before Judge Holte. The legal issues raised in this protest and those HPCC protests are similar, all challenging the use of project labor agreements on federal construction projects in excess of $35,000,000.

Dated: August 25, 2025

Respectfully submitted,

**SMITH CURRIE OLES LLP**

Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com

*Counsel for Hensel Phelps Construction Co.*

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2025, a copy of the foregoing Notice of

Directly Related Cases was served upon all parties via the Court's electronic case filing system.

Jacob W. Scott

2